[No. 67666-1-I.   Division One.   March 11, 2013.]

NGUYET T. TANG, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-02858-5, Cheryl B. Carey, J., entered August 22, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Dwyer, J.

[No. 67667-9-I.   Division One.   March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS LEE HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-10209-1, Michael Hayden, J., entered September 2, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Becker, J.

[No. 67678-4-I.   Division One.   March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL G. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-1-00531-4, Dave Needy, J., entered September 2, 2011. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Becker and Verellen, JJ.

[No. 67778-1-I.   Division One.   March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK A. VALENTINE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-05759-0, Bruce W. Hilyer, J., entered October 7, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Lau, J.